**Fill in this information to identify your case:**

Debtor 1: **Helen** (First Name) _____ (Middle Name) **Fung** (Last Name)

Debtor 2 (Spouse, if filing): _____ (First Name) _____ (Middle Name) _____ (Last Name)

United States Bankruptcy Court for the: **Central** District of **CA** (State)

Case number (If known): _____

FILED
MAY 02 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Official Form 101A      **16- 15784 RK**

# Initial Statement About an Eviction Judgment Against You      12/15

File this form with the court and serve a copy on your landlord when you first file bankruptcy only if:

- ☒ you rent your residence; and
- ☒ your landlord has obtained a judgment for possession in an eviction, unlawful detainer action, or similar proceeding (called *eviction judgment*) against you to possess your residence.

Landlord's name: **Aim United LLC**

Landlord's address: **19528 Ventura Blvd, #383** (Number Street)
**Tarzana,** (City)  **CA** (State)  **91356** (ZIP Code)

*Because Aim United LLC was illegally wrongful bought this my house. Debotor have 2 cases pending in Torrance Court for rescind the closure sale.*

If you want to stay in your rented residence after you file your case for bankruptcy, also complete the certification below.

## Certification About Applicable Law and Deposit of Rent

I certify under penalty of perjury that:

☒ Under the state or other nonbankruptcy law that applies to the judgment for possession (*eviction judgment*), I have the right to stay in my residence by ~~paying my landlord the entire delinquent amount.~~ *Torrance Court 2 cases pending for rescind the closure sale.*

☐ I have given the bankruptcy court clerk a deposit for the rent that would be due during the 30 days after I file the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

X _/s/ Helen_  Signature of Debtor 1

X _____ Signature of Debtor 2

Date **4-25-2016** (MM/DD/YYYY)

Date _____ (MM/DD/YYYY)

**Stay of Eviction:** (a) **First 30 days after bankruptcy.** If you checked both boxes above, signed the form to certify that both apply, and served your landlord with a copy of this statement, the automatic stay under 11 U.S.C. § 362(a)(3) will apply to the continuation of the eviction against you for 30 days after you file your *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

(b) **Stay after the initial 30 days.** If you wish to stay in your residence after that 30-day period and continue to receive the protection of the automatic stay under 11 U.S.C. § 362(a)(3), you must pay the entire delinquent amount to your landlord as stated in the eviction judgment before the 30-day period ends. You must also fill out *Statement About Payment of an Eviction Judgment Against You* (Official Form 101B), file it with the bankruptcy court, and serve your landlord a copy of it before the 30-day period ends.

Check the Bankruptcy Rules (http://www.uscourts.gov/rules-policies/current-rules-practice-procedure) and the local court's website (to find your court's website, go to http://www.uscourts.gov/court-locator) for any specific requirements that you might have to meet to serve this statement. 11 U.S.C. §§ 362(b)(22) and 362(l)

Official Form 101A                    Initial Statement About an Eviction Judgment Against You

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Helen _____ Fung | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: | Central District of CA | |
| Case number (If known) | _____ | |

Official Form 101B

# Statement About Payment of an Eviction Judgment Against You   12/15

Fill out this form only if:

☑ you filed *Initial Statement About an Eviction Judgment Against You* (Official Form 101A); and

☑ you served a copy of Form 101A on your landlord; and

☑ you want to stay in your rented residence for more than 30 days after you file your *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

File this form within 30 days after you file your *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). Also serve a copy on your landlord within that same time period.

## Certification About Applicable Law and Payment of Eviction Judgment

I certify under penalty of perjury that (*Check all that apply*):

☑ Under the state or other nonbankruptcy law that applies to the judgment for possession (*eviction judgment*), I have the right to stay in my residence by ~~paying my landlord the entire delinquent amount~~ 2 cases pending in Torrance Court for rescind this illegal wrongful closure sale.

☐ Within 30 days after I filed my *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101), I have paid my landlord the entire amount I owe as stated in the judgment for possession (*eviction judgment*).

X /s/ Helen _____
Signature of Debtor 1

X _____
Signature of Debtor 2

Date 4-25-2016
MM / DD / YYYY

Date _____
MM / DD / YYYY

**You must serve your landlord with a copy of this form.**

Check the Bankruptcy Rules (www.uscourts.gov/rulesandpolicies/rules.aspx) and the court's local website (go to http://www.uscourts.gov/Court_Locator.aspx to find your court's website) for any specific requirements that you might have to meet to serve this statement.

Official Form 101B          Statement About Payment of an Eviction Judgment Against You